June 18, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

ROBERT PRIMO, Appellant

NO. 14-13-00794-CV                          V.

SCOTT  ROTHENBERG, Appellee

_____

We order that the court's former judgment of April 28, 2015, be vacated, set aside, and annulled.  We further order this court's memorandum opinion of April 28, 2015, withdrawn.

This cause, an appeal from the judgment in favor of appellee, Scott Rothenberg, signed June 10, 2013, was heard on the transcript of the record.  We have inspected the record and find error in the judgment.  We therefore **AFFIRM** the trial court's judgment in part with respect to the trial court's grant of a no-evidence summary judgment.  We **REVERSE** the trial court's judgment in part with respect to the trial court's imposition of death penalty sanctions.  We **REMAND** the cause for further proceedings not inconsistent with this court's opinion.

We further order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.